UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-036-E

No. <u>23-1117</u>

CRYSTALLEX INTERNATIONAL CORPORATION

v.

BOLIVARIAN REPUBLIC OF VENEZUELA

RED TREE INVESTMENTS, LLC,
Appellant

(D. Del. No. 1-17-mc-00151)

Present:  SHWARTZ, <u>Circuit Judge</u>

1. Motion filed by Appellant Red Tree Investments LLC to Expedite Appeal with the Following Proposed Briefing Schedule:

    Brief on or before 02/14/2023;
    Response Brief due on or before 03/07/2023;
    Reply Brief, if any, due on or before 03/21/2023.

2. Response filed by Appellee Crystallex International Corp to Appellant's Motion to Expedite Appeal.

3. Reply by Appellant Red Tree Investments LLC to Appellee's Response.

                      Respectfully,
                      Clerk/JK

_____ORDER_____
The foregoing motion filed by Appellant Red Tree Investments LLC to expedite an appeal is denied.

                      By the Court,

                      <u>s/Patty Shwartz</u>
                      Circuit Judge

Dated:  February 9, 2023
Lmr/cc: All Counsel of Record