OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

February 9, 2023

A. Thompson Bayliss
Stephen C. Childs
Abrams & Bayliss
20 Montchanin Road
Suite 200
Wilmington, DE 19807

RE: Crystallex International Corp v. Bolivarian Republic of Venezuela
Case Number: 23-1117
District Court Case Number: 1-17-mc-00151

Dear Counsel:

Pursuant to our docketing letter dated **January 24, 2023**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/Laurie
Case Manager
267-299-4936
cc: All Counsel of Record